IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01369-PAB-MJW

VICKY MORRONE,

Plaintiff,

v.

NORTH AMERICAN RECOVERY and
DOES 1-10, inclusive,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's counsel Lark Fogel's Notice [Motion] Regarding Conference (Docket No. 24) is DENIED.  On January 10, 2013, the court set a hearing on defendant's Motion for Sanctions (Docket No. 16) and Ms. Fogel's Motion to Withdraw (Docket No. 19).  On February 11, 2013, one day before the scheduled hearing, Ms. Fogel filed the subject motion seeking to be excused from attending the hearing.  Ms. Fogel states she has trial scheduled in El Paso County, Texas.  The court finds that the subject motion is untimely and fails to show good cause for the relief requested.

Date: February 12, 2013