**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**   12-cv-01369-PAB-MJW          FTR - Courtroom A-502

**Date:**   February 12, 2013                              Courtroom Deputy, Ellen E. Miller

<u>*Parties*</u>                                              <u>*Counsel*</u>

VICKY MORRONE,                                      - - no appearance - -

   Plaintiff(s),

v.

NORTH AMERICAN RECOVERY,                  Steven J. Wienczkowski

   Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING**:   **MOTION  HEARING**
**Court in Session:**   11:16 a.m.
Court calls case.  Appearance of defense counsel.  Neither Plaintiff nor Plaintiff's counsel appear as ordered.

The Court raises Plaintiff's Unopposed Motion for Leave to Withdraw Appearance for review and discussion.

**It is ORDERED:**   Plaintiff's **UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE** [Docket No. **19**, filed December 31, 2012] is **GRANTED** for reasons as set forth on the record.
Attorney Lark Fogel is terminated as attorney of record for Plaintiff.

Ms. Fogel shall make her file available to the *Pro Se* Plaintiff.
Clerk of the Court shall remove Lark Fogel from electronic notification and shall enter the address for the *Pro Se* Plaintiff as noted in the certificate of service in the motion:
Vicky Morrone
2000 West 92 Ave., Lot #70
Denver, CO 80260

**It is ORDERED:**   A **SHOW  CAUSE  HEARING** is set  **MARCH 01, 2013 at 9:00 a.m.**
in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  A written ORDER TO SHOW CAUSE shall issue.

The Court raises Defendant North American Recovery's Motion for Sanctions for review and discussion.

**It is ORDERED:**   Defendant North American Recovery's MOTION FOR SANCTIONS PURSUANT TO FED.R.CIV.P.37(d) [Docket No. **16**, filed December 10, 2012] is **GRANTED** for reasons as set forth on the record.

Defendant tenders to the Court its itemized Affidavit.

**It is ORDERED:**   *Pro Se* Plaintiff shall have up to **9:00 a.m.  MARCH  01, 2013** within which to file a written RESPONSE to the Affidavit filed by defense counsel.

**It is ORDERED:**   A HEARING on Attorneys' Fees and Costs is set **MARCH 01, 2013   at 9:00 a.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Defendant makes an ORAL Motion to Amend the Scheduling Order to extend the Dispositve Motions Deadline.

**It is ORDERED:**   Defendant's ORAL MOTION TO AMEND SCHEDULING ORDER to extend the Dispositive Motions Deadline is **GRANTED** for reasons as set forth on the record.  Scheduling Order [Docket No. 14, filed August 28, 2012] is amended.  Dispositive Motions Deadline is extended to **MARCH 15, 2013.**

Hearing concluded.
**Court in recess:**   11:36
Total In-Court Time 00: 20

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.