IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01369-PAB-MJW

VICKY MORRONE,

    Plaintiff,

v.

NORTH AMERICAN RECOVERY and
DOES 1-10, inclusive,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

This matter comes before the Court on the plaintiff's filing [Docket No. 32], which consists of a handwritten letter wherein plaintiff seeks to dismiss this case. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that plaintiff's motion to dismiss [Docket No. 32] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed.

DATED March 1, 2013.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge